Exhibit 2 to the Complaint

# U.S. Patent No. US 8,799,083 v. Subway

Exhibit 2 to the Complaint

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Subway ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Subway application that is installed on devices such as smartphones, and tablets ("mobile phone"). Additionally, the application allows users to order a meal from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu").<br><br><br><br>Source: https://play.google.com/store/apps/details?id=com.subway.mobile.subwayapp03&hl=en&gl=US |

Exhibit 2 to the Complaint



Exhibit 2 to the Complaint



Source: https://www.youtube.com/watch?v=DDGALI7D0Gs, at 2:22

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint

| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the selection of the food items, an order summary is generated ("uploading") in the application ("a system of a restaurant") that includes the total charges ("a bill for the at least one service"), restaurant address, and payment method details. |
|---|---|

Exhibit 2 to the Complaint



Exhibit 2 to the Complaint

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=DDGALI7D0Gs, at 6:23 (annotated)<br><br>- **Account Information.** We collect information such as your username and password when you create a Subway® account, access our online services, or buy our products. Account information may also include how you purchased or signed up for Subway Services, your transactions, billing and support history for the Subway Services you use and anything else related to the account you create. This includes information pertaining to your use of Subway® Cards and your participation in Subway® MVP Rewards or Subway Rewards®, including all related transactions, both in-restaurant and online, whether that information is obtained directly from you or through a service provider we have engaged to help provide those programs.<br><br>Source: https://www.subway.com/en-us/privacy/privacy-policy<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the bill is generated, the application allows the user to pay the bill through options such as credit card, and Apple Pay ("self-checkout by at least one customer") where the user pays the bill without interacting with the staff associated with the restaurant. |

Exhibit 2 to the Complaint

| | | |
|---|---|---|
| via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. |  | self-checkout by at least one customer |

Exhibit 2 to the Complaint

|   |   |
|---|---|
|   | Source: https://www.youtube.com/watch?v=DDGALI7D0Gs, at 6:23 (annotated)<br><br>**Payment Information.** If you make a purchase online, you will be required to provide a credit/debit card number and related financial information (such as expiration date, security code and billing address), or other payment information (such as your Subway® Card), depending on the form of payment you choose.<br><br>Source: https://www.subway.com/en-us/privacy/privacy-policy<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

9

Exhibit 2 to the Complaint

## 2. List of References

1. https://www.subway.com/en-us/privacy/privacy-policy, last accessed on 25 April 2024.
2. https://play.google.com/store/apps/details?id=com.subway.mobile.subwayapp03&hl=en&gl=US, last accessed on 25 April 2024.
3. https://www.subway.com/en-us/downloadapp, last accessed on 25 April 2024.
4. https://www.youtube.com/watch?v=DDGALI7D0Gs, last accessed on 25 April 2024.