**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN DAIRY QUEEN CORPORATION,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP<br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ROARK CAPITAL, INC. d/b/a SUBWAY,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00308-JRG-RSP<br>(Member Case) |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by Analytical Technologies, LLC ("Plaintiff"). (Dkt. No. 47.) In the Notice, Plaintiff represents that the above-captioned member case No. 2:24-cv-00308 is voluntarily dismissed WITH prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned member case No. 2:24-cv-00308 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned member case 2:24-cv-00308 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned member case No. 2:24-cv-00308 and **MAINTAIN AS OPEN** the above-captioned lead case No. 2:24-cv-00445.

**So ORDERED and SIGNED this 17th day of October, 2024.**

Rodney Gilstrap

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE